# Exhibit 2


