# Exhibit 3

# ABOUT KUNG FU TEA

KUNG FU, IN ITS PUREST ESSENCE, IS THE DESIRE FOR SELF-IMPROVEMENT AND TO EXPAND ONE'S CAPABILITIES BEYOND ALL LIMITATIONS.

HERE AT KUNG FU TEA, WE BELIEVE THAT IT'S OUR MISSION TO NOT ONLY CONTINUOUSLY IMPROVE OUR BRAND AND BEVERAGES AND THE LIVES OF OUR CUSTOMERS THROUGH PROVIDING ONLY THE MOST DELICIOUS, HIGH-QUALITY FLAVORS BUT ALSO TO INSPIRE THE COMMUNITY TO DREAM BIG AND LIVE FEARLESSLY.

FOUNDED IN QUEENS, NY ON APRIL 30, 2010, WE'RE AMERICA'S LARGEST BUBBLE TEA BRAND WITH OVER 350+ LOCATIONS ACROSS THE U.S. AS ONE OF THE OGS OF BUBBLE TEA, WE MAINTAIN UNCOMPROMISINGLY HIGH STANDARDS. LET'S BE REAL. MAKING TEA THAT LOOKS GOOD ISN'T THE HARD PART. THE ACTUAL CHALLENGE IS MAKING TEA THAT TASTES GOOD AND PRESENTING IT IN AN INNOVATIVE WAY. MADE WITH THE ART OF '3T' KUNG FU, EVERY CUP OF TEA IS FRESHLY BREWED AT THE PERFECT TEMPERATURE USING PREMIUM TEA LEAVES. THE BEVERAGES WE BRING TO THE TABLE ARE STRONG INSIDE-OUT — PERFECT FOR YOUR TASTE BUDS AND YOUR INSTAGRAM STORIES.

OH YEAH, WHAT'S OUR DREAM? TO ELEVATE THE WORLD OF MADE-TO-ORDER BEVERAGES WITH A 'FRESH – INNOVATIVE – FEARLESS' APPROACH AND BE PRESENT WHEREVER YOU ARE (NOT IN A JOE GOLDBERG TYPE OF WAY).

ON APRIL 30, 2018 (OUR 8TH BIRTHDAY), WE FOUNDED **NATIONAL BUBBLE TEA DAY** TO HONOR THE GROWING COMMUNITY OF PEOPLE WHO LIVE AND BREATHE BUBBLE TEA WHILE CELEBRATING THE BEVERAGE THAT HAS MADE OUR LIVES BUBBLIER.