# Exhibit 5



# KUNG FU TEA

**Reg. No. 4,497,687**  
**Registered Mar. 18, 2014**  
**Int. Cl.: 43**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**

KF TEA USA INC. (NEW YORK CORPORATION)  
34-36 56TH STREET  
WOODSIDE, NY 11377

FOR: RESTAURANT SERVICES FEATURING NON-ALCOHOLIC DRINKS, BEVERAGES, PASTRIES, AND CONFECTIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2010; IN COMMERCE 4-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,961,011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEA", APART FROM THE MARK AS SHOWN.

SER. NO. 86-029,382, FILED 8-5-2013.

BARNEY CHARLON, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-12-12 11:01:01 EST |
| Mark: | KUNG FU TEA |

# KUNG FU TEA

| | | | |
|---|---|---|---|
| US Serial Number: | 86029382 | Application Filing Date: | Aug. 05, 2013 |
| US Registration Number: | 4497687 | Registration Date: | Mar. 18, 2014 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| Status Date: | Nov. 11, 2020 | | |
| Publication Date: | Dec. 31, 2013 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | KUNG FU TEA |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "TEA" |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 3961011 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Restaurant services featuring non-alcoholic drinks, beverages, pastries, and confections | | |
| International Class(es): | 043 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Apr. 30, 2010 | Use in Commerce: | Apr. 30, 2010 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | KF Tea USA Inc. |
| **Owner Address:** | 589 Eighth Avenue, 17th Floor<br>New York, NEW YORK UNITED STATES 10018 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEW YORK |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Matthew D. Asbell | **Docket Number:** | 0565-26.12 |
| **Attorney Primary Email Address:** | trademarks@offitkurman.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Matthew D. Asbell<br>Offit Kurman, P.A.<br>590 Madison Avenue, 6th Floor<br>New York, NEW YORK UNITED STATES 10022 |
| **Phone:** 9294760048 | **Fax:** 212.545.1656 |
| **Correspondent e-mail:** trademarks@offitkurman.com matthew.asbell@offitkurman.com alison.pratt@offitkurman.com tom.pitegoff@offitkurman.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 18, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Apr. 14, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 14, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 14, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 14, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 14, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 11, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 11, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67723 |
| Nov. 11, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Sep. 18, 2020 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 18, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 17, 2017 | COUNTERCLAIM OPP. NO. 999999 | 236933 |
| Mar. 18, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 31, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 31, 2013 | PUBLISHED FOR OPPOSITION | |
| Dec. 11, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 22, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 18, 2013 | ASSIGNED TO EXAMINER | 71994 |
| Aug. 13, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 08, 2013 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 104 | **Date in Location:** | Nov. 11, 2020 |

# Proceedings

## Summary

| | |
|---|---|
| **Number of Proceedings:** | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91236933 | **Filing Date:** | Sep 28, 2017 |
| **Status:** | Terminated | **Status Date:** | Jun 03, 2018 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

#### Defendant

| | |
|---|---|
| **Name:** | Wing-Yu Ng |
| **Correspondent Address:** | PATRICK R COLSHER<br>SHEARMAN & STERLING LLP<br>599 LEXINGTON AVE<br>FLUSHING NY UNITED STATES , 10022 |
| **Correspondent e-mail:** | andrewmalaw@gmail.com , ndrwma@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KUNG FU CHEF | | 87406993 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | KF Tea USA Inc. |
| **Correspondent Address:** | CHIA-YU CHANG<br>CHIA-YU CHANG @ LAW PC<br>315 W 70TH ST #12L<br>NEW YORK NY UNITED STATES , 10023 |
| **Correspondent e-mail:** | cychang@cychanglaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KUNG FU TEA | | 85075650 | 3961011 |
| KUNG FU TEA | | 86029382 | 4497687 |
| KUNG FU TEA | | 86029401 | 4510162 |
| KUNG FU TEA | | 86060777 | 4857505 |
| KUNG FU TEA | | 86060792 | 4857506 |
| KUNG FU TEA | | 86060831 | 4857507 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 19 | P PROOF OF SERVICE | Jun 04, 2018 | |
| 18 | TERMINATED | Jun 03, 2018 | |
| 17 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2018 | |
| 16 | W/DRAW OF APPLICATION | Jun 01, 2018 | |
| 15 | W/DRAW OF COUNTERCLAIM | Jun 01, 2018 | |
| 14 | STIP ABANDONMENT OF APP/WD OF CC/WD OF OPP | Jun 01, 2018 | |
| 13 | SUSPENDED | May 03, 2018 | |
| 12 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Apr 30, 2018 | |
| 11 | SUSPENDED | Mar 07, 2018 | |
| 10 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 05, 2018 | |

| | | | |
|---|---|---|---|
| 9 | EXTENSION OF TIME GRANTED | Jan 19, 2018 | |
| 8 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 02, 2018 | |
| 7 | EXTENSION OF TIME GRANTED | Dec 07, 2017 | |
| 6 | P MOT FOR EXT W/ CONSENT | Dec 07, 2017 | |
| 5 | TRIAL DATES RESET | Nov 09, 2017 | |
| 4 | ANSWER AND COUNTERCLAIM (FEE) | Nov 07, 2017 | |
| 3 | PENDING, INSTITUTED | Sep 28, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 28, 2017 | Nov 07, 2017 |
| 1 | FILED AND FEE | Sep 28, 2017 | |

Case 3:23-cv-02860-X   Document 1-5   Filed 12/27/23   Page 7 of 7   PageID 284