# Exhibit 11

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,443,931**

**Registered Apr. 10, 2018**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

KF Tea USA Inc. (NEW YORK CORPORATION)
Suite 404
31-19 Newton Avenue
Astoria, NEW YORK 11102

CLASS 43: Restaurant services featuring non-alcoholic drinks, beverages and confections

FIRST USE 1-1-2016; IN COMMERCE 1-1-2016

The mark consists of the words "KUNG FU TEA" written in a black circle, with Chinese lettering written in a smaller black circle overlapping the lower right corner of the larger circle.

OWNER OF U.S. REG. NO. 4857507, 4857506, 4857505

No claim is made to the exclusive right to use the following apart from the mark as shown: "TEA" AND THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "CHA" AND "GEE PING"

The non-Latin characters in the mark transliterate to "Kung Fu Cha" and "Gee Ping" and this means "Masterly Tea" and "Consummate Product" in English.

SER. NO. 87-011,120, FILED 04-22-2016

Director of the United States
Patent and Trademark Office

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-12-12 11:10:56 EST |
| **Mark:** | KUNG FU TEA |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87011120 | **Application Filing Date:** | Apr. 22, 2016 |
| **US Registration Number:** | 5443931 | **Registration Date:** | Apr. 10, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Apr. 10, 2018 | | |

**Publication Date:** May 09, 2017  **Notice of Allowance Date:** Jul. 04, 2017

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KUNG FU TEA |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the words "KUNG FU TEA" written in a black circle, with Chinese lettering written in a smaller black circle overlapping the lower right corner of the larger circle. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "TEA" AND THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "CHA" AND "GEE PING" |
| **Transliteration:** | The non-Latin characters in the mark transliterate to "Kung Fu Cha" and "Gee Ping" and this means "Masterly Tea" and "Consummate Product" in English. |
| **Design Search Code(s):** | 26.01.13 - Two circles; Circles, two (not concentric)<br>26.01.16 - Circles touching or intersecting<br>26.01.21 - Circles that are totally or partially shaded. |

# Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 4857505, 4857506, 4857507 and others |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Restaurant services featuring non-alcoholic drinks, beverages and confections | | |
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |

| | |
|---|---|
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Jan. 01, 2016 |
| Use in Commerce: | Jan. 01, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | KF Tea USA Inc. |
| Owner Address: | 589 Eighth Avenue, 17th Floor<br>New York, NEW YORK UNITED STATES 10018 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | NEW YORK |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Matthew D. Asbell | Docket Number: | 0565-26.18 |
| Attorney Primary Email Address: | trademarks@offitkurman.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Matthew D. Asbell<br>Offit Kurman, P.A.<br>590 Madison Avenue, 6th Floor<br>New York, NEW YORK UNITED STATES 10022 |
| Phone: | 9294760048 |
| Fax: | 212.545.1656 |
| Correspondent e-mail: | trademarks@offitkurman.com  matthew.asbell@offitkurman.com  alison.pratt@offitkurman.com  tom.pitegoff@offitkurman.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 10, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 14, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 14, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 14, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 14, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 14, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 10, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 03, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 02, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 14, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Feb. 14, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 12, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 31, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 31, 2018 | NON-FINAL ACTION E-MAILED | |
| Jan. 31, 2018 | SU - NON-FINAL ACTION - WRITTEN | 77301 |
| Jan. 09, 2018 | STATEMENT OF USE PROCESSING COMPLETE | 66530 |

| Date | Event | Code |
|---|---|---|
| Dec. 20, 2017 | USE AMENDMENT FILED | 66530 |
| Jan. 09, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66530 |
| Dec. 20, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 04, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 09, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 09, 2017 | PUBLISHED FOR OPPOSITION | |
| Apr. 19, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 03, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Mar. 21, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 15, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 14, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 14, 2017 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Mar. 09, 2017 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Mar. 09, 2017 | FINAL REFUSAL E-MAILED | |
| Mar. 09, 2017 | FINAL REFUSAL WRITTEN | 77301 |
| Feb. 16, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Feb. 16, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 12, 2017 | ASSIGNED TO LIE | 68552 |
| Jan. 31, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 12, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 12, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 12, 2016 | NON-FINAL ACTION WRITTEN | 77301 |
| Aug. 05, 2016 | ASSIGNED TO EXAMINER | 77301 |
| Apr. 28, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Apr. 27, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 26, 2016 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION         **Date in Location:** Mar. 02, 2018