# Exhibit 12

# United States of America
## United States Patent and Trademark Office

# KUNG FU TEA

**Reg. No. 5,588,198**

**Registered Oct. 16, 2018**

**Int. Cl.: 9, 16, 18, 21, 25, 30**

**Trademark**

**Principal Register**

KF TEA USA INC (NEW YORK CORPORATION)
589 Eighth Avenue, 17th Floor
New York, NEW YORK 10018

CLASS 9: Cell phone cases; Cases for mobile phones

FIRST USE 11-30-2017; IN COMMERCE 11-30-2017

CLASS 16: Stickers

FIRST USE 11-30-2017; IN COMMERCE 11-30-2017

CLASS 18: Tote bags

FIRST USE 11-30-2017; IN COMMERCE 11-30-2017

CLASS 21: Mugs; Plastic cups; Tea canisters; Water bottles sold empty

FIRST USE 11-30-2017; IN COMMERCE 11-30-2017

CLASS 25: Headwear, namely, caps and hats; Hoodies; T-shirts

FIRST USE 12-1-2016; IN COMMERCE 11-30-2017

CLASS 30: Tea bags

FIRST USE 11-30-2017; IN COMMERCE 11-30-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4510162, 3961011, 4497687

No claim is made to the exclusive right to use the following apart from the mark as shown: "TEA"

SER. NO. 87-978,365, FILED 07-28-2017



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms **available at** http://www.uspto.gov.

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-12-12 11:11:55 EST |
| Mark: | KUNG FU TEA |

# KUNG FU TEA

| | | | |
|---|---|---|---|
| US Serial Number: | 87978365 | Application Filing Date: | Jul. 28, 2017 |
| US Registration Number: | 5588198 | Registration Date: | Oct. 16, 2018 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Oct. 16, 2018 | | |

**Publication Date:** Dec. 12, 2017  **Notice of Allowance Date:** Feb. 06, 2018

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | KUNG FU TEA |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "TEA" |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 3961011, 4497687, 4510162 and others |
| Child Of: | 87546827 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Cell phone cases; Cases for mobile phones | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Nov. 30, 2017 | Use in Commerce: | Nov. 30, 2017 |
| For: | Stickers | | |

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 30, 2017 | **Use in Commerce:** | Nov. 30, 2017 |

| | | | |
|---|---|---|---|
| **For:** | Tote bags | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 30, 2017 | **Use in Commerce:** | Nov. 30, 2017 |

| | | | |
|---|---|---|---|
| **For:** | Mugs; Plastic cups; Tea canisters; Water bottles sold empty | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 30, 2017 | **Use in Commerce:** | Nov. 30, 2017 |

| | | | |
|---|---|---|---|
| **For:** | Headwear, namely, caps and hats; Hoodies; T-shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 01, 2016 | **Use in Commerce:** | Nov. 30, 2017 |

| | | | |
|---|---|---|---|
| **For:** | Tea bags | | |
| **International Class(es):** | 030 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 30, 2017 | **Use in Commerce:** | Nov. 30, 2017 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | KF TEA USA INC |
| **Owner Address:** | 589 Eighth Avenue, 17th Floor<br>New York, NEW YORK UNITED STATES 10018 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEW YORK |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Matthew D. Asbell | **Docket Number:** | 0565-26.19 |
| **Attorney Primary Email Address:** | trademarks@offitkurman.com | **Attorney Email Authorized:** | Yes |

| | Correspondent | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Matthew D. Asbell<br>Offit Kurman, P.A.<br>590 Madison Avenue, 6th Floor<br>New York, NEW YORK UNITED STATES 10022 | | |
| **Phone:** | 9294760048 | **Fax:** | 212.545.1656 |
| **Correspondent e-mail:** | trademarks@offitkurman.com matthew.asbell@offitkurman.com alison.pratt@offitkurman.com tom.pitegoff@offitkurman.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 16, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 14, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 14, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 14, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 14, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 14, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 16, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 12, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Sep. 11, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 21, 2018 | STATEMENT OF USE PROCESSING COMPLETE | 66154 |
| Aug. 01, 2018 | USE AMENDMENT FILED | 66154 |
| Aug. 21, 2018 | DIVISIONAL PROCESSING COMPLETE | |
| Aug. 01, 2018 | DIVISIONAL REQUEST RECEIVED | |
| Aug. 21, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66154 |
| Aug. 01, 2018 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Aug. 01, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 06, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 12, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 12, 2017 | PUBLISHED FOR OPPOSITION | |
| Nov. 22, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 06, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 30, 2017 | ASSIGNED TO EXAMINER | 72152 |
| Aug. 02, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 01, 2017 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Sep. 11, 2018 |