# Exhibit 14

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4497687 |
| **REGISTRATION DATE** | 03/18/2014 |
| **SERIAL NUMBER** | 86029382 |
| **MARK SECTION** | |
| **MARK** | KUNG FU TEA (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Chia-Yu Chang |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | CHIA-YU CHANG @ LAW, P.C. |
| **STREET** | 315 W 70TH ST APT 12L |
| **CITY** | NEW YORK |
| **STATE** | New York |
| **POSTAL CODE** | 10023-3576 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 212-769-1756 |
| **EMAIL** | cychang@cychanglaw.com |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | Chia-Yu Chang |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | CHIA-YU CHANG @ LAW, P.C. |
| **STREET** | 315 W 70TH ST APT 12L |
| **CITY** | NEW YORK |
| **STATE** | New York |
| **POSTAL CODE** | 10023-3576 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 212-769-1756 |

| EMAIL | cychang@cychanglaw.com |
|---|---|

## CORRESPONDENCE INFORMATION (current)

| NAME | CHIA-YU CHANG |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | cychang@cychanglaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 043 |
|---|---|
| GOODS OR SERVICES | Restaurant services featuring non-alcoholic drinks, beverages, pastries, and confections |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\860\293\86029382\xml1 \8150002.JPG |
| SPECIMEN DESCRIPTION | image showing the mark displayed on the exterior facade of one of the multi-state restaurants using such mark |

## OWNER SECTION (current)

| NAME | KF Tea USA Inc. |
|---|---|
| MAILING ADDRESS | 34-36 56th Street |
| CITY | Woodside |
| STATE | New York |
| ZIP/POSTAL CODE | 11377 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |

## OWNER SECTION (proposed)

| NAME | KF Tea USA Inc. |
|---|---|
| MAILING ADDRESS | 589 Eighth Avenue, 17th Floor |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10018 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | New York |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| GRACE PERIOD FEE FOR §8 | 100 |
| TOTAL FEE PAID | 425 |

| SIGNATURE SECTION | |
|---|---|
| **SIGNATURE** | /Chia-Yu Chang/ |
| **SIGNATORY'S NAME** | Chia-Yu Chang |
| **SIGNATORY'S POSITION** | Attorney of record, NY Bar member |
| **DATE SIGNED** | 09/18/2020 |
| **SIGNATORY'S PHONE NUMBER** | 212-769-1756 |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Sep 18 15:12:07 ET 2020 |
| **TEAS STAMP** | USPTO/S08N15-XX.XX.XX.XX-20200918151207379987-4497687-750e556a864a38d54d4e04bfc8043121c935dcca5cfc6918dc1766e97cea2684aa-CC-12057272-20200918143552906455 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4497687
**REGISTRATION DATE:** 03/18/2014

**MARK:** KUNG FU TEA

**Current:** The owner, KF Tea USA Inc., a corporation of New York, having an address of
    34-36 56th Street
    Woodside, New York 11377
    United States

**Proposed:** The owner, KF Tea USA Inc., a corporation of New York, having an address of
    589 Eighth Avenue, 17th Floor
    New York, New York 10018
    United States
    XXXX
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 043, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Restaurant services featuring non-alcoholic drinks, beverages, pastries, and confections; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) image showing the mark displayed on the exterior facade of one of the multi-state restaurants using such mark.
Specimen File1

The owner's/holder's current attorney information: Chia-Yu Chang. Chia-Yu Chang of CHIA-YU CHANG @ LAW, P.C., is located at

    315 W 70TH ST APT 12L
    NEW YORK, New York 10023-3576
    United States

The phone number is 212-769-1756.

The email address is cychang@cychanglaw.com

The owner's/holder's proposed attorney information: Chia-Yu Chang. Chia-Yu Chang of CHIA-YU CHANG @ LAW, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    315 W 70TH ST APT 12L
    NEW YORK, New York 10023-3576
    United States

The phone number is 212-769-1756.

The email address is cychang@cychanglaw.com

Chia-Yu Chang submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    CHIA-YU CHANG
    PRIMARY EMAIL FOR CORRESPONDENCE: cychang@cychanglaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

A fee payment in the amount of $425 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- ☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

- ☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

- ☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Chia-Yu Chang/    Date: 09/18/2020
Signatory's Name: Chia-Yu Chang
Signatory's Position: Attorney of record, NY Bar member
Signatory's Phone: 212-769-1756

Mailing Address **(current):**
    CHIA-YU CHANG @ LAW, P.C.
    315 W 70TH ST APT 12L
    NEW YORK, New York 10023-3576

Mailing Address **(proposed):**
    CHIA-YU CHANG @ LAW, P.C.
    315 W 70TH ST APT 12L
    NEW YORK, New York 10023-3576

Serial Number: 86029382
Internet Transmission Date: Fri Sep 18 15:12:07 ET 2020
TEAS Stamp: USPTO/S08N15-XX.XX.XX.XX-202009181512073
79987-4497687-750e556a864a38d54d4e04bfc8
043121c935dcca5cfc6918dc1766e97cea2684aa
-CC-12057272-20200918143552906455



**ROUTING SHEET TO POST REGISTRATION (PRU)**    **Registration Number:**    4497687

**Serial Number:**    86029382

**RAM Sale Number:  4497687**

**RAM Accounting Date:  20200918**    **Total Fees:**    $425

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200918 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20200918 | $200 | 1 | 1 | $200 |
| Grace period combined §8 & 15 | 7206 | 20200918 | $100 | 1 | 1 | $100 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20200918

