# Exhibit 15

PTO- 1583
Approved for use through 10/31/2021. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Combined Declaration of Use and Incontestability under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4857505 |
| **REGISTRATION DATE** | 11/24/2015 |
| **SERIAL NUMBER** | 86060777 |
| **MARK SECTION** | |
| MARK | KUNG FU TEA (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Matthew D. Asbell |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Offit Kurman, P.A. |
| STREET | 590 Madison Avenue, 6th Floor |
| CITY | New York |
| STATE | New York |
| POSTAL CODE | 10022 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 9294760048 |
| FAX | 212.545.1656 |
| EMAIL | trademarks@offitkurman.com |
| DOCKET/REFERENCE NUMBER | 0565-26.09 |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Matthew D. Asbell |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Offit Kurman, P.A. |
| STREET | 590 Madison Avenue, 6th Floor |
| CITY | New York |
| STATE | New York |
| POSTAL CODE | 10022 |

| | |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 9294760048 |
| **FAX** | 212.545.1656 |
| **EMAIL** | trademarks@offitkurman.com |
| **DOCKET/REFERENCE NUMBER** | 0565-26.09 |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Matthew D. Asbell |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademarks@offitkurman.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | matthew.asbell@offitkurman.com; alison.pratt@offitkurman.com; tom.pitegoff@offitkurman.com |
| **DOCKET/REFERENCE NUMBER** | 0565-26.09 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Matthew D. Asbell |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademarks@offitkurman.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | matthew.asbell@offitkurman.com; alison.pratt@offitkurman.com; tom.pitegoff@offitkurman.com |
| **DOCKET/REFERENCE NUMBER** | 0565-26.09 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 030 |
| **GOODS OR SERVICES** | Tea; tea-based flavored drinks and beverages; tea-based slush-type drinks; pastries containing tea, Tea-based smoothies |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\860\607\86060777\xml3 \ 8150002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\860\607\86060777\xml3 \ 8150003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\860\607\86060777\xml3 \ 8150004.JPG |
| **SPECIMEN DESCRIPTION** | photos showing the mark on the product |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 032 |
| **GOODS OR SERVICES** | fruit-flavored smoothies containing tea; fruit-flavored slush-type drinks containing tea |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\860\607\86060777\xml3 \ 8150005.JPG |
| **SPECIMEN DESCRIPTION** | photo of the mark on the product |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **OWNER SECTION (current)** | |

| | |
|---|---|
| NAME | KF Tea USA Inc. |
| MAILING ADDRESS | 589 Eighth Avenue, 17th Floor |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10018 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

### OWNER SECTION (proposed)

| | |
|---|---|
| NAME | KF Tea USA Inc. |
| MAILING ADDRESS | 589 Eighth Avenue, 17th Floor |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10018 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

### LEGAL ENTITY SECTION (current)

| | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | New York |

### PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 2 |
| NUMBER OF CLASSES PAID | 2 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 850 |
| TOTAL FEE PAID | 850 |

### SIGNATURE SECTION

| | |
|---|---|
| ORIGINAL PDF FILE | hw_1003624134-112115449_._KFT_affidavit_signed_11-19-21.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\860\607\86060777\xml3\ 8150006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\860\607\86060777\xml3\ 8150007.JPG |
| SIGNATORY'S NAME | Michael Wen |
| SIGNATORY'S POSITION | CEO |
| SIGNATURE METHOD | Handwritten |
| PAYMENT METHOD | DA |

### FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Sat Nov 20 11:30:06 ET 2021 |
| | USPTO/S08N15-XXX.XX.XXX.X X-20211120113006958815-48 57505-781171b09de36924e66 |

| | |
|---|---|
| **TEAS STAMP** | 19e517a41c65627b4eb707e786bd6e84f4bc3b3d71e643-DA-30040005-20211120112115449752 |

PTO- 1583
Approved for use through 10/31/2021. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4857505
**REGISTRATION DATE:** 11/24/2015

**MARK:** KUNG FU TEA

**Current:** The owner, KF Tea USA Inc., a corporation of New York, having an address of
    589 Eighth Avenue, 17th Floor
    New York, New York 10018
    United States
    XXXX

**Proposed:** The owner, KF Tea USA Inc., a corporation of New York, having an address of
    589 Eighth Avenue, 17th Floor
    New York, New York 10018
    United States
    XXXX

is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 030, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Tea; tea-based flavored drinks and beverages; tea-based slush-type drinks; pastries containing tea, Tea-based smoothies; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photos showing the mark on the product.
Specimen File1
Specimen File2
Specimen File3

Webpage URL: None Provided
Webpage Date of Access: None Provided
For International Class 032, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: fruit-flavored smoothies containing tea; fruit-flavored slush-type drinks containing tea; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photo of the mark on the product.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided
The owner's/holder's current attorney information: Matthew D. Asbell. Matthew D. Asbell of Offit Kurman, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    590 Madison Avenue, 6th Floor
    New York, New York 10022
    United States
The docket/reference number is 0565-26.09.

The phone number is 9294760048.

The fax number is 212.545.1656.

The email address is trademarks@offitkurman.com

The owner's/holder's proposed attorney information: Matthew D. Asbell. Matthew D. Asbell of Offit Kurman, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    590 Madison Avenue, 6th Floor
    New York, New York 10022
    United States
The docket/reference number is 0565-26.09.

The phone number is 9294760048.

The fax number is 212.545.1656.

The email address is trademarks@offitkurman.com

Matthew D. Asbell submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    Matthew D. Asbell
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@offitkurman.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): matthew.asbell@offitkurman.com; alison.pratt@offitkurman.com; tom.pitegoff@offitkurman.com

The docket/reference number is 0565-26.09.

**Correspondence Information (proposed):**
    Matthew D. Asbell
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@offitkurman.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): matthew.asbell@offitkurman.com; alison.pratt@offitkurman.com; tom.pitegoff@offitkurman.com

The docket/reference number is 0565-26.09.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $850 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Original PDF file:**
hw_1003624134-112115449_._KFT_affidavit_signed_11- 19-21.pdf
**Converted PDF file(s)** (2 pages)
Signature File1
Signature File2
Signatory's Name: Michael Wen

Signatory's Position: CEO
Signature method: Handwritten


Mailing Address **(current):**
  Offit Kurman, P.A.
  590 Madison Avenue, 6th Floor
  New York, New York 10022

Mailing Address **(proposed):**
  Offit Kurman, P.A.
  590 Madison Avenue, 6th Floor
  New York, New York 10022

Serial Number: 86060777
Internet Transmission Date: Sat Nov 20 11:30:06 ET 2021
TEAS Stamp: USPTO/S08N15-XXX.XX.XXX.XX-2021112011300
6958815-4857505-781171b09de36924e6619e51
7a41c65627b4eb707e786bd6e84f4bc3b3d71e64
3-DA-30040005-20211120112115449752









## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Registrant:            KF TEA USA INC.

Registration No.:      4857505

Trademark:             KUNG FU TEA

BOX ITU -- FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

### AFFIDAVIT OF USE UNDER 37 C.F.R. 2.160, 15 U.S.C. 1058(d)

Registrant requests that the above-identified trademark/service mark registration in the United States Patent and Trademark Office be maintained in full force and effect. At least one (1) specimen per class showing the mark as used in commerce is submitted with this affidavit.

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

Registrant is using the mark in commerce on or in connection with the *all* of the goods/services identified in the registration, *except* the following, which shall be deleted from the registration:

_____
_____
_____

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that he/she is properly authorized to execute this Affidavit of Use on

OK Ref: 05650026.00009



behalf of the registrant and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

KF TEA USA INC.

Signature

Name: Yifan Wu
Title: CEO

Date: 11/18/2021

4813-4071-0129, v. 1

OK Ref: 05650026.00009

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 4857505

**Serial Number:** 86060777

**RAM Sale Number:** 4857505

**RAM Accounting Date:** 20211122

**Total Fees:** $850

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| **Transaction** | **Fee Code** | **Transaction Date** | **Fee per Class** | **Number of Classes** | **Number of Classes Paid** | **Total Fee** |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20211120 | $225 | 2 | 2 | $450 |
| §15 affidavit | 7208 | 20211120 | $200 | 2 | 2 | $400 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20211120

