# Exhibit 20

