# Exhibit 22

| | |
|---|---|
| **From:** | toan nguyen <toan_nguyen506@yahoo.com> |
| **Sent:** | Wednesday, April 19, 2023 9:35 AM |
| **To:** | Pezzano, Tony |
| **Subject:** | Closing store |

Hi, I just want to give you some update on the progress.  I started on closing the company and it's in the process.  The Google page which controls by kung fu tea which I can't do anything on that., same thing with yelp. My actual location is now permanently closed business.  All my employees is no longer working there. I will send you a proof of dissvole company once I receive from secretary of state. I will continually updated the progress to you next couple weeks. Thanks

Sent from Yahoo Mail on Android

1