# Exhibit 23

| | |
|---|---|
| **From:** | toan nguyen <toan_nguyen506@yahoo.com> |
| **Sent:** | Monday, May 8, 2023 9:58 PM |
| **To:** | Pezzano, Tony |
| **Subject:** | Store closing |

Hi Tony, I got my company terminated.  I've attached a proof for you. Thanks.

| Form 651 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $40 | <br><br>**Certificate of Termination<br>of a<br>Domestic Entity** | |

**Entity Information**

The name of the domestic entity is:

VTVC ENTERPRISES, INC.

The entity is organized as a : Domestic For-Profit Corporation under the laws of Texas.

The date of formation of the entity is: July 31, 2017

The file number issued to the entity by the secretary of state is: 802780706

**Governing Persons**

The names and addresses of each of the filing entity's governing person are:

NAME OF GOVERNING PERSON :
IF INDIVIDUAL
Toan Nguyen
OR
IF ORGANIZATION

ADDRESS OF GOVERNING PERSON :
8 park place ct   Wichita falls  TX, USA  76302

**Event Requiring Winding Up**

The nature of the event requiring winding up is:

A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

**Completion of Winding Up**

The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

**Effectiveness of Filing**

2

Sent from Yahoo Mail on Android

3