# Exhibit 25

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Wednesday, November 15, 2023 10:28 AM
**To:** Forte, Stephen
**Cc:** Pitegoff, Thomas
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

Hi, I will send you a form ACH on December 4th when Im back in state. Here are the proof my return date. Thanks for understanding.

10:27   

# ← [Korean Air] e-Ticket I

| From | | |
|------|---|---|
| 2023.11.01(WED) **11:05** | **KE 032** | 2023.11.( |
| **DFW** | | **I** |
| Terminal No: D | Operated by | Term |
| Dallas | | Seou |

| From | | |
|------|---|---|
| 2023.11.02(THU) **18:05** | **KE 475** | 2023.11.( |
| **ICN** | | **S** |
| Terminal No: 2 | Operated by | Term |
| Seoul/Incheon | | Ho Ch |

2

Sent from Yahoo Mail on Android

Ts%Yzj1St{%91%7578%fy%5:%FR 1Ktwj1Xyjumjs%
Axyjumjs3twjE tkknpzwr fs3htr C%| wtyj%

Toan,

Please confirm status.

Thank you.



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com



---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Saturday, November 4, 2023 11:21 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Cc:** Pitegoff, Thomas <tom.pitegoff@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

Yes. I did receive the forms. I'm currently in Vietnam right now. I will be back in state next week and I will take care the forms for you. I'm sorry for any inconvenience.

Sent from Yahoo Mail on Android

Ts%XfyℬSt{%1Ɩ7578%fy%286℉R 1KtwjⅠXyjumjs

Axyjumjs3twjE tkkɰpzwr fs3htr C%ℓwtyj?

Toan,

Please confirm that has been addressed. If we do not have confirmation payment has been made in the correct amount, we will have no choice but to proceed with a lawsuit against you. You executed an agreement months ago that you would make timely payments on a weekly basis starting in April and have failed to do so. Additionally, we require that you execute the settlement agreement provided to you on October 16 and again on October 20. Failure to do so, and failure to make past due and future payments thereunder, will result in an action based upon your default from April of this year, in addition to all other legal remedies that our client may have against you.

Steve



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com

  

**From:** Forte, Stephen <stephen.forte@offitkurman.com>
**Sent:** Tuesday, October 31, 2023 4:30 PM
**To:** toan nguyen <toan_nguyen506@yahoo.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

If that is the case, then we will need your account information. You can use this form to provide the basis information.



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com



---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Tuesday, October 31, 2023 4:26 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

I went to my bank to set up ACH weekly, but my Banker told me to be able to set up ACH, Kung fu tea have to request ACH from my bank which I will give you my bank info and their bank need to do it instead of me. Bc the money transfer from my bank to their bank, their bank need to set it up in their end. Thanks.

Sent from Yahoo Mail on Android

Ts%Yzj1Thy861757578%fy875%UR 1Ktwj1Xyjumjs

Axyjumjs3ktwjE tkknpzw fs3htr C%| wtyj?

Toan,

Can you clarify why you mean? Are you saying that your bank informed you that the ACH instructions provided to you in this email chain are incorrect?

Best,

5

Steve



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com



franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com



---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Tuesday, October 31, 2023 10:48 AM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

Hi,I came to my bank to setup ACH and my Banker told me Kung fu tea would have to set up ACH from their bank . I will give them my bank info and their bank have to request ACH. Please advise.

Sent from Yahoo Mail on Android

Ts℟ ts℡hy8517578℅fy℞7;℀UR 1ɏtfs℅slz~js

Aɏtfsdslz~js:5;E ~fmtt3htr C℀ wtyj?

I'm sorry. I will process with ACH with my bank today. I will come up with writing as requested.  Sorry for any inconvenience

Sent from Yahoo Mail on Android

Ts℟ ts℡hy8517578℅fy℞5=℀UR 1Xtwyj1Xyjumjs

Axyjumjs3KtwyjE tkknpzwr fs3htr C℀ wtyj?

Toan,

Please advise with respect to the below. In the event payment is not received, and confirmed, by our client, we will have no choice but to commence legal action against you.

Best,

Steve



**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com

   

---

**From:** Forte, Stephen <stephen.forte@offitkurman.com>
**Sent:** Tuesday, October 24, 2023 2:49 PM
**To:** toan nguyen <toan_nguyen506@yahoo.com>
**Cc:** Pitegoff, Thomas <tom.pitegoff@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

Toan,

ACH information is below. Please confirm with us in writing when payments are made. We do, however, require that the agreement provided to you be executed and will deem the tendering of any payment as acceptance of the terms of the settlement agreement.

Bank Name: Flagstar Bank

Account Name: KF Tea Franchising LLC

Routing Number: 026013576

Account Number: 1502749931


Best,


Steve




**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com

  

---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Monday, October 23, 2023 2:58 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY


Hi. I got your message,  I will go ahead set up ACH now. Thanks

Sent from Yahoo Mail on Android


Ts%Kwr£Thy¥75¥7¥578¥£y%76¥UR 1Ktwj1Xyjumjs

Axyjumjs3twjE tkwypzwr fs3htr C% wtyj?

Toan,

We have not received a response from you. Please advise in order to avoid the need for legal action.

Best,

Steve



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com



franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com

  

---

**From:** Forte, Stephen <stephen.forte@offitkurman.com>
**Sent:** Monday, October 16, 2023 9:55 PM
**To:** toan nguyen <toan_nguyen506@yahoo.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

Toan,

In light of your statement that you could pay $3,000 as of September 13 and $500 weekly thereafter, see attached Settlement Agreement. I will have the information for the blank for ACH payment upon your execution of the agreement. As you will note, the Settlement Agreement contemplates payment of $5,000 on or before October 23,

2023. The increase from $3,000 to $5,000 is the passage of approximately four additional weeks at $500/week for an additional $2,000.

Please provide back a signed and executed agreement and arrange for timely payment of the initial payment.

Thank you.

Steve



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com



franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com



---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Wednesday, September 13, 2023 5:08 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

Hi. I'm sorry but I can't afford $10000 right now. All I can do is 3000 now and start pay $500 every week start this week. Please provide me your info on ACH. Thanks for understanding.

Sent from Yahoo Mail on Android

Ts%\ ji1Xju%81⁊7578%fy⁊899%UR 1Ktwj1Xyjumjs

Axyjumjs3ktwjE tkknpzwr fs1htr C%| wtyj?

Mr. Nguyen,

Given the amount of time that has passed, my client is seeking the full amount that it would have received if weekly payments were made commencing on April 1, as originally agreed, which, as of today, is in the amount of $12,000, with weekly payments of $500 thereafter. Our client rejected your last offer to pay $3,000 in August as an initial payment, and then to make payments thereafter of $1,500 a month from October until all monies were paid, which you stated is all you can afford.

Notwithstanding the foregoing, I have been authorized to propose a revised payment scheduled with $10,000 to be paid on or before September 29 with monthly payments to be made thereafter in the amount of $1,500 until the full $30,000 has been paid. In the event of a default, the full amount of the balance will become due and payable, in addition to our client's ability to assert any additional claims it may have. Payment can either be made via certified check or via ACH. The address for payment and ACH payment instructions can be confirmed upon finalizing revised terms.

Please advise by the close of business **Friday, September 15, 2023**, whether this is agreeable.



**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com

  

---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Wednesday, September 13, 2023 2:55 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY

Hi, I'm sorry I didn't see you last email,  how much are kung fu tea required for the first payment? Thanks. And where can I send the check to?

Sent from Yahoo Mail on Android

Ts%ˌjiⅡXjuˌ%68Ⅰ7578%ˌfy%6?˗8%UR ⅠKtwyjⅠXyjumjs

AxyjumjsᴣtwyjE tknpzwr fsᴣhtr C%ˌwtyj?

Mr. Nguyen,

We have not heard from you in response to our below email from August 30. In light of the fact that an agreement has not been reached to modify payment terms previously agreed upon by you, and that no payments have been made by you under the executed Closing Agreement, a copy of which is attached, our client intends to proceed with legal action to, among other things, seek the full amount owed by you under the Closing Agreement, unless all unpaid amounts under the Closing Agreement are paid by you on or before September 29, 2023 .

Pursuant to Paragraph 2 of the Closing Agreement, you were required, and agreed, to make payments beginning on April 1, 2023 in the amount of $500 per week for a period of fifteen months until the sum of $30,000 was paid.  Since that time, twenty-four weeks have passed, totaling $12,000 that came due and is currently unpaid under the Closing Agreement. Additional amounts continue to come due each week.

Our client reserves all rights and remedies under the law.



Offit | Kurman®
Attorneys At Law

**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656



franchisealchemy.com

offitkurman.com



---

**From:** Forte, Stephen <stephen.forte@offitkurman.com>
**Sent:** Wednesday, August 30, 2023 5:50 PM
**To:** toan nguyen <toan_nguyen506@yahoo.com>
**Subject:** RE: Payment -- Kung Fu Tea: FOR SETTLEMENT PURPOSES ONLY


Mr. Nguyen,


My client is seeking a larger up-front payment. Please advise if this is possible.


Thank you.


Steve




**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com



franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com



---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Thursday, July 27, 2023 1:23 PM

**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea

Hi. Thank you for taking time talk with me

Here are my proposal on the payment plans. I'm willing to pay up front 3k in August and start on 1st October,  I can make 1500 a month till I pay off 30k. Due to my current job issue,  that's all I can afford.  In the future,  I will make any extra payments to pay it off as soon as possible.  Thank you for understanding.

Sent from Yahoo Mail on Android

Ts%Kwr10zd976157578%fy%:%>%UR 1a:ytfs%slz~js

Aytfsdslz~js:5;E ~fmtt3htr C%| wtyj?

3 pm please.  Thanks

Sent from Yahoo Mail on Android

Ts%Kwr10zd976157578%fy%8?:=%UR 1Ktwyj1Xyjumjs

Axyjumjs3ktwyjE tkknpzwr fs3htr C%| wtyj?

What time?



**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com



franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com



**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Friday, July 21, 2023 4:57 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea

Yes. Of course.  Thanks

Sent from Yahoo Mail on Android



Can we schedule the call for Monday?



**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com

View My Bio >>

franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com

  

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Friday, July 21, 2023 4:52 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea

Hi. I'm sorry I didn't see your last email I'm available tomorrow at 3pm. Please let me know.  Thanks

Sent from Yahoo Mail on Android



Toan,

When are you available to speak again on this issue? My client is willing to consider alternatives other than what is in the signed agreement; however, it would likely require a partial lump sum payment up front.

Best,

Steve



**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com

View My Bio ▸▸
franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com

  

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Tuesday, June 27, 2023 7:43 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea

Hi, it's ok sir. We can do tomorrow at 3 . Thanks

Sent from Yahoo Mail on Android

Ts%Yzj1Dzs%7<17578%fy%5;%UR 1Ktwj1Xyjumjs

Axyjumjs3twjE tkknpzwr fs3htr C%| wtyj?

Toan,

My apologies, something unexpectedly came up and I was not able to call. What is your availability tomorrow?

Best,

Steve



**Stephen Forte**

Principal
D  929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com

  

---

**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Monday, June 26, 2023 4:17 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea

It's 9407829291. Thanks

Sent from Yahoo Mail on Android

Ts℞ ts℔Dzs℣;℞7578℅fy℣799℁UR ℔Ktwyj℔Xyjumjs

Axyjumjs3℥twyjE tkknpzwr fs3htr C%| wtyj?

That works. What is the best number to reach you?



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com


franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com



**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Monday, June 26, 2023 2:26 PM
**To:** Forte, Stephen <stephen.forte@offitkurman.com>
**Subject:** RE: Payment -- Kung Fu Tea

Hi, i can speak tomorrow at 3pm central. Thanks

Sent from Yahoo Mail on Android

Ts℞ ts℔Dzs℣;℞7578℅fy℅6758℁UR ℔Ktwyj℔Xyjumjs

Axyjumjs3℥twyjE tkknpzwr fs3htr C%| wtyj?

Mr. Nguyen,

Tony forwarded your below message to me. When are you available to speak?

Best,

Steve



**Stephen Forte**

Principal
D 929.476.0042
stephen.forte@offitkurman.com



franchisealchemy.com

590 Madison Ave
6th Floor
New York, NY 10022
T 212.545.1900
F 212.545.1656
offitkurman.com



**From:** toan nguyen <toan_nguyen506@yahoo.com>
**Sent:** Monday, June 19, 2023 9:20 AM
**To:** Pezzano, Tony <Tony.Pezzano@offitkurman.com>
**Subject:** Payment

Hi Tony, can I set up a meeting with you to discuss about payment plan. Thanks

Sent from Yahoo Mail on Android

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

---

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

---

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

---

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.