# Exhibit 26

# 🔍 Taxable Entity Search Results



✅ for the search string : Tea N' Boba

ℹ️ ions about the search results, send an email to tax.help@cpa.texas.gov. or call 1-800-252-1386.

## Franchise Tax Account Status
As of : 11/30/2023 18:57:15

### Results

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| Name | Taxpayers ID# | Zip |
|---|---|---|
| TEA N' BOBA ENTERPRISES LLC | 32090189104 | 76302 |

**TEA N' BOBA ENTERPRISES LLC**

| | |
|---|---|
| Texas Taxpayer Number | 32090189104 |
| Mailing Address | 8 PARK PLACE CT WICHITA FALLS, TX 76302-1960 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 06/05/2023 |
| Texas SOS File Number | 0805088480 |
| Registered Agent Name | UNITED STATES CORPORATION AGENTS, INC. |
| Registered Office Street Address | 9900 SPECTRUM DRIVE AUSTIN, TX 78717 |





## Franchise Tax Account Status
As of : 11/30/2023 18:57:15

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| TEA N' BOBA ENTERPRISES LLC | |
|---:|:---|
| Texas Taxpayer Number | 32090189104 |
| Mailing Address | 8 PARK PLACE CT WICHITA FALLS, TX 76302-1960 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 06/05/2023 |
| Texas SOS File Number | 0805088480 |
| Registered Agent Name | UNITED STATES CORPORATION AGENTS, INC. |
| Registered Office Street Address | 9900 SPECTRUM DRIVE AUSTIN, TX 78717 |