# Exhibit 31

# Google

Search: kung fu tea wichita falls

Maps · Images · Menu · Shopping · Perspectives · Prices · Videos · News · Books · All filters · Tools · SafeSearch

About 1,590,000 results (0.67 seconds)

Results for **Wichita Falls, TX** · Choose area

**Kung Fu Tea**
https://www.kungfutea.com › menu
### Menu — Kung Fu Tea | Fresh - Innovative
At **Kung Fu Tea**, every beverage is made-to-order with real Kung Fu. Our tea is freshly brewed every 3 hours using premium tea leaves.
Milk Tea Series · What Is Bubble Tea (Boba)? · Pumpkin oolong milk tea · Nutrition

**Yelp**
https://www.yelp.com › ... › Coffee & Tea › Kung Fu Tea
### KUNG FU TEA - CLOSED - 79 Photos & 34 Reviews
**Kung Fu Tea** · Map · 3910 Wayne Ave. Ste 102. **Wichita Falls**, TX 76308. Directions · (940) 882-3537. Call Now · Full menu · Known For. Yes. Offers Takeout. Accepts ...
Rating: 4.3 · 34 reviews · Price range: $

**Kung Fu Tea**
https://www.kungfutea.com
### Kung Fu Tea | Fresh - Innovative - Fearless leading tea brand
Welcome to **Kung Fu Tea's** Fresh - Innovative - Fearless world of bubble tea (boba) and other tasty, refreshing beverages. All drinks are made with fresh, ...
What Is Bubble Tea (Boba)? · Kung Fu Tea News · Menu · App

**Discover Wichita Falls**
https://discoverwichitafalls.com › destination-item › k...
### Kung Fu Tea
**Kung Fu Tea**. 3910 Wayne Ave **Wichita Falls** TX 76308 | 940-882-3537 | website. Restaurant chain that specializes in bubble tea with a selection of other hot ...

**Tripadvisor**
https://www.tripadvisor.com › ... › Wichita Falls
### KUNG FU TEA, Wichita Falls - Restaurant Reviews, ...
**Kung Fu Tea**, **Wichita Falls**: See unbiased reviews of Kung Fu Tea, one of 247 Wichita Falls restaurants listed on Tripadvisor.

**MapQuest**
https://www.mapquest.com › ... › Texas › Wichita Falls
### Kung Fu Tea - 3910 Wayne Ave
Get directions, reviews and information for **Kung Fu Tea** in **Wichita Falls**, TX ... **Kung Fu Tea**. 3910 Wayne Ave **Wichita Falls** TX 76308. (940) 882-3537. Claim this ...

**Restaurantji**
https://www.restaurantji.com › wichita-falls › kung-fu-...
### Kung Fu Tea Wichita Falls, TX 76308 - Menu, 118 Reviews ...
Latest reviews, photos and ratings for **Kung Fu Tea** at 3910 Wayne Ave #102 in **Wichita Falls** - view the ✓menu, ⏰hours, ☎phone number, ✉address and ...

**Restaurant Guru**
https://restaurantguru.com › Kung-Fu-Tea-Wichita-Fal...
### Kung Fu Tea in Wichita Falls - Restaurant menu and reviews
Nov 20, 2023 — All info on **Kung Fu Tea** in **Wichita Falls** - Call to book a table. View the menu, check prices, find on the map, see photos and ratings.

---



See photos

## Kung Fu Tea

4.4    261 Google reviews

$ · Bubble tea store

[Directions]   [Save]   [Call]

Bubble tea specialist with a selection of other hot & cold d... coffee & slushes.

**Address:** 3910 Wayne Ave #102, Wichita Falls, TX 76308
**Hours:** Closed · Opens 11 AM ▾
**Phone:** (940) 882-3537
**Menu:** kungfuboba.app.infi.us

Suggest an edit

**Add missing information**
Add website

### Reviews
Google reviews ⓘ    Write a review

"No other **place** in **town** have I found offer such a... teas."

"Tasty and good **selection** of **drinks** plus some de... munch on."

"Super friendly **staff**, clean, and amazing **atmosph**...

View all Google reviews

### Popular Times

| MON | TUE | WED | THU | FRI | S |

👥 **6 PM:** Usually as busy as ...

9a    12p    3p    6p

⏱ People typically spend **15 min** here

Case 3:23-cv-02860-X   Document 1-31   Filed 12/27/23   Page 3 of 3   PageID 469

 Facebook · Kung Fu Kitchen WF
2K+ followers

from Kung Fu Tea

**Kung Fu Kitchen WF | Wichita Falls TX**

We will be bringing **Kung Fu Tea** WF to our **Wichita Falls** community right next to chipotle. We will be serving a wide variety of cool and refreshing drinks ...

Rating: 4.4 · 53 votes

"Specializes in made-to-order tea, milk & fruit-based beve wide selection of drink toppings including bubbles, beans, pudding."

Send to your phone

Sirved
https://www.sirved.com › Wichita Falls, Texas

**Menu for Kung Fu Boba in Wichita Falls, TX**

Menu for **Kung Fu** Boba in **Wichita Falls**, TX ; Friday, 11:00 AM - 9:30 PM ; Saturday, 11:00 AM - 9:30 PM ; Sunday, 11:00 AM - 9:30 PM ; Monday, 11:00 AM - 8:30 PM.

Questions & Answers

See all questions (3)

Updates from Kung Fu Tea

View previous updates on Google

People also search for

### Related searches

| | |
|---|---|
| Kung fu tea wichita falls menu | kung fu tea **near me** |
| Kung fu tea wichita falls prices | kung fu tea **pikmin** |
| kung fu tea **menu** | kung fu tea **food** |
| kung fu tea **locations** | kung fu tea **hours** |

More results

Kung Fu Kitchen Chinese | fun noodle bar Asian | The Duck Coffee Company Cafe | Pho Viet Vietnam… | Sta Cof sho