# Exhibit 32

# Kung Fu Tea

3910 Wayne Ave #102, Wichita Falls, TX

Write a review

4.4

261 reviews

**Cody Dodson**
Local Guide · 12 reviews · 32 photos

a month ago

Take out | Other | $1–10

Went here as a first timer. All I can say is wow I was stunned with the waterfall art as soon as you walk through the door. Plenty of seating in lobby,they had a cool swing chair in lobby that I was able to relax in upon my drinks being made. I ordered two drinks per recommendation it was the coca cream wow. All I can say is wow I'm a fan of boba smoothies and never did a milk tea and I'm sold now, definitely a new favorite spot when in the area thank you to your team and establishment for a great time quick delivery on drinks and keeping your customers first and making sure we leave pleased.

Parking: I went on a Monday afternoon the golf facility and chipotle had customers at their locations,yet still had at least six open spots to park at.

Kid-friendliness: Greeted at entry from front counter. Was my first time so employees helped to guide me through menu on what would best fit my liking.

**Service**: 5/5 | **Atmosphere**: 5/5

**Recommended dishes**
Honey Milk Tea, Kung Fu Milk Tea, Original

**Parking space**
Plenty of parking

**Parking options**
Free parking lot

# Kung Fu Tea

3910 Wayne Ave #102, Wichita Falls, TX

Write a review

4.4

261 reviews

**Cody Dodson**
Local Guide · 12 reviews · 32 photos

a month ago

Take out | Other | $1–10

Went here as a first timer. All I can say is wow I was stunned with the waterfall art as soon as you walk through the door. Plenty of seating in lobby,they had a cool swing chair in lobby that I was able to relax in upon my drinks being made. I ordered two drinks per recommendation it was the coca cream wow. All I can say is wow I'm a fan of boba smoothies and never did a milk tea and I'm sold now, definitely a new favorite spot when in the area thank you to your team and establishment for a great time quick delivery on drinks and keeping your customers first and making sure we leave pleased.

Parking: I went on a Monday afternoon the golf facility and chipotle had customers at their locations,yet still had at least six open spots to park at.

Kid-friendliness: Greeted at entry from front counter. Was my first time so employees helped to guide me through menu on what would best fit my liking.

**Service**: 5/5 | **Atmosphere**: 5/5

**Recommended dishes**
Honey Milk Tea, Kung Fu Milk Tea, Original

**Parking space**
Plenty of parking

**Parking options**
Free parking lot



