UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KF TEA USA INC. and KF TEA FRANCHISING LLC, | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:23-CV-2860-X |
| v. | § § | |
| TEA N' BOBA ENTERPRISES LLC, TOAN VAN NGUYEN and VY NGUYEN, | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiffs' motion for a temporary restraining order and preliminary injunction. (Doc. 2). The Court sees one main problem at this juncture. Plaintiffs seek to enjoin the Defendants from continuing to operate the business located at 3910 Wayne Avenue #102, Wichita Falls, Texas 76308. (Doc. 2). According to the complaint, Plaintiffs are not residents of Texas, and the defendants reside in Wichita Falls. (Doc. 1). So why should this case be in the Dallas Division and not the Wichita Falls Division? The Court cannot assess whether to transfer this case to the Wichita Falls Division under 28 U.S.C. §§ 1404 or 1406 without this information. Any refiled complaint must fully address venue. Accordingly, the Court **ORDERS** Plaintiffs to file an amended complaint in 5 days, by January 1, 2024. Defendants shall file a response to the motion for a temporary restraining order within 3 days of that filing. Finally, the Court **ORDERS** the Plaintiffs to serve this order on the defendants within 24 hours by any means necessary, including electronic means.

1

**IT IS SO ORDERED** this 27th day of December, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE