IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KF TEA USA INC. and KF TEA FRANCHISING LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>TEA N' BOBA ENTERPRISES LLC, TOAN VAN NGUYEN and VY NGUYEN,<br><br>Defendants. | Civil Action No. 3:23-cv-02860-X |

## PLAINTIFFS' MOTION FOR INTRA-DIVISION TRANSFER

Now comes Plaintiffs KF Tea USA Inc. and KF TEA FRANCHISING LLC (collectively "Plaintiffs") and respectfully move this Court for an Intra-division transfer from the Dallas Division of the Northern District of Texas to the Wichita Falls Division of the Northern District of Texas and would show unto this Honorable Court the following:

At the time of filing of this action, Plaintiffs believed that the Northern District of Texas – Dallas Division would be the proper division to handle all matters related to this cause. However, in light of this Court's Order (Doc. 6) the Plaintiffs would respectfully ask the Court to transfer this matter to the Wichita Falls Division of the Northern District of Texas pursuant to this Court's power pursuant to 28 U.S.C. §§ 1404 and 1406 and would waive any potential hearing on the matter.

December 29, 2023         Respectfully submitted,

/s/Abelino "Abel" Reyna
Abelino "Abel" Reyna

Bar # 24000087
**Patterson & Sheridan LLP**
729 Washington Avenue, Suite 200
Waco, Texas 76701
(Tel): 254-777-5248
(Fax): 877-777-8071
(email): areyna@pattersonsheridan.com
Tony V. Pezzano
To Be Admitted Pro Hac Vice
Tony.Pezzano@offitkurman.com

Matthew D. Asbell
To Be Admitted Pro Hac Vice
Matthew.asbell@offitkurman.com

Chintan A. Desai
To Be Admitted Pro Hac Vice
Chintan.desai@offitkurman.com
**Offit Kurman, P.A.**
590 Madison Ave, 6th Floor
New York, NY 10022
(Tel): 212-545-1900
(Fax): 212-545-1656

*Attorneys for Plaintiffs KF Tea USA Inc. and KF Tea Franchising LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that a Conference was NOT conducted prior to the filing of the foregoing PLAINTIFFS' MOTION FOR INTRA-DIVISON TRANSFER due to Defendants not having an attorney of record at the time of filing and, to date, Plaintiffs are not aware of any attorney representing the Defendants at this time. It is Plaintiffs understanding that the foregoing Motion is deemed OPPOSED.

/s/Abelino "Abel" Reyna
Abelino "Abel" Reyna
Bar # 24000087
**Patterson & Sheridan LLP**
729 Washington Avenue, Suite 200
Waco, Texas 76701
(Tel): 254-777-5248
(Fax): 877-777-8071
(email): areyna@pattersonsheridan.com

Tony V. Pezzano
To Be Admitted Pro Hac Vice
Tony.Pezzano@offitkurman.com

Matthew D. Asbell
To Be Admitted Pro Hac Vice
Matthew.asbell@offitkurman.com

Chintan A. Desai
To Be Admitted Pro Hac Vice
Chintan.desai@offitkurman.com
**Offit Kurman, P.A.**
590 Madison Ave, 6th Floor
New York, NY 10022 (Tel):
212-545-1900
(Fax): 212-545-1656

*Attorneys for Plaintiffs KF Tea USA Inc. and KF Tea Franchising LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of December 2023, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR INTRA-DIVISION TRANSFER** with the Clerk of the Court using the CM/ECF system and I also served the following by email:

Toan Van Nguyen, Owner
Vy Nguyen, Managing Member
Tea N' Boba Enterprises LLC
8 Park Place CT
Wichita Falls, Texas 76302-1960
Toan_nguyen506@yahoo.com

/s/Abelino "Abel" Reyna
Abelino "Abel" Reyna
Bar # 24000087
**Patterson & Sheridan LLP**
729 Washington Avenue, Suite 200
Waco, Texas 76701
(Tel): 254-777-5248
(Fax): 877-777-8071
(email): areyna@pattersonsheridan.com

Tony V. Pezzano
To Be Admitted Pro Hac Vice
Tony.Pezzano@offitkurman.com

Matthew D. Asbell
To Be Admitted Pro Hac Vice
Matthew.asbell@offitkurman.com

Chintan A. Desai
To Be Admitted Pro Hac Vice
Chintan.desai@offitkurman.com
**Offit Kurman, P.A.**
590 Madison Ave, 6th Floor
New York, NY 10022
(Tel): 212-545-1900
(Fax): 212-545-1656

*Attorneys for Plaintiffs KF Tea USA Inc. and KF Tea Franchising LLC*