IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KF TEA USA INC. and KF TEA FRANCHISING LLC,<br><br>                        Plaintiffs,<br><br>      -against-<br><br>TEA N' BOBA ENTERPRISES LLC,  TOAN VAN NGUYEN and VY NGUYEN,<br><br>                     Defendants. | Civil Action No. 3:23-cv-02860-X |

## [PROPOSED] ORDER TO TRANSFER

Pending before the Court is Plaintiffs KF Tea U.S.A. Inc.'s and KF Tea Franchising LLC's (collectively "Plaintiffs") Motion for Intra-division Transfer, and after considering the Motion, the Court finds that in the interest of justice this action should be transferred to the Wichita Falls Division of the Northern District of Texas and that the Motion should be GRANTED.

Signed on this ____ day of December, 2023, at _____ a.m./p.m.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE