UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KF TEA USA INC. and KF TEA FRANCHISING LLC, | § § § | |
| *Plaintiffs,* | § § | Civil Action No. 3:23-cv-2860-X |
| v. | § § | |
| TEA N' BOBA ENTERPRISES LLC, TOAN VAN NGUYEN and VY NGUYEN, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiffs' motion for intra-division transfer. (Doc. 7). The defendants did not file a response. Having considered the motion, the Court **GRANTS** it. Accordingly, this case shall be **TRANSFERRED** to the Northern District of Texas, Wichita Falls Division. The Court also **ORDERS** the Plaintiffs to serve this order on the defendants within 24 hours by any means necessary, including electronic means.

**IT IS SO ORDERED** this 3rd day of January, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1